**Electronically Filed**
**Supreme Court**
**SCWC-30108**
**12-FEB-2014**
**12:49 PM**

SCWC-30108

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

SURVIVORS OF GARY S. KANESHIRO, DECEASED,
Petitioner/Claimant-Appellant,

vs.

DIAMOND HEAD PETROLEUM, INC., and HAWAII
EMPLOYERS' MUTUAL INSURANCE COMPANY,
Respondent/Employer/Insurance Carrier-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30108; CASE NO. AB 2007-148 (2-05-04303))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
Circuit Judge Border, in place of Acoba, J., recused)

Petitioner/Claimant-Appellant Survivors of Gary S.

Kaneshiro's application for writ of certiorari, filed on January

6, 2014, is hereby rejected.

DATED: Honolulu, Hawai‘i, February 12, 2014.

Wayne H. Mukaida
for petitioner

Brian G.S. Choy and
Keith M. Yonamine
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Patrick W. Border

